IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT SUTTERLIN, | ) | Civil Action No. 06-627 |
| | ) | |
| Plaintiff, | ) | Jury Trial Demanded |
| | ) | |
| v. | ) | |
| | ) | Electronically Filed |
| INDUSTRIAL APPRAISAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

IN PITTSBURGH, this the __2 9 ᵗʰ__ day of __March__ , 2007,
based upon the foregoing, it is hereby Ordered as follows. The
Plaintiff's request for Motion to Compel is granted in full.
Defendant shall provide all information responsive to the request
within fifteen (15) days from the date of this Order. To the
extent that the parties have engaged in discovery, Plaintiff shall
be permitted to reconvene depositions of witnesses to seek
testimony concerning information disclosed in this discovery
production.

U.S. District Court Judge