IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT SUTTERLIN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-627 |
| | ) |
| INDUSTRIAL APPRAISAL COMPANY, | ) |
| Defendant. | ) |

O R D E R

Therefore, this 29th day of March, 2007, IT IS HEREBY ORDERED that defendant's Motion to Quash Subpoenas [document #12] is DENIED. IT IS FURTHER ORDERED that defendant's Motion to Quash Document Request [document #13] is DENIED.

BY THE COURT:

_____, J.

cc:   All Counsel of Record