

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT SUTTERLIN, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.:   06-627 |
| | ) | |
| vs. | ) | Judge Gary L. Lancaster |
| | ) | |
| INDUSTRIAL APPRAISAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this __18th__ day of __April__, 2007, upon consideration of the within Motion to Compel Discovery, the same is Granted and it hereby ORDERED, DECREED and ADJUDGED that Plaintiff shall provide all documents responsive to the document requests served by Defendant within __10__ days.

United States District Court Judge

LIT:416165-1 020199-128683