IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT SUTTERLIN, | ) | Civil Action No. 06-627 |
| | ) | |
| Plaintiff, | ) | Jury Trial Demanded |
| | ) | |
| v. | ) | |
| | ) | Electronically Filed |
| INDUSTRIAL APPRAISAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL
## WITH PREJUDICE

The parties hereby stipulate to the dismissal with prejudice

of this case.

Stipulated To:

/s/Edward A. Olds
Edward A. Olds, Esq.
PA I.D. No. 23601
*Attorney for Plaintiff*
1007 Mount Royal Blvd.
Pittsburgh, PA 15223


/s/Scott Leah
Scott Leah, Esquire
William H. Powderly, III, Esquire
TUCKER ARENSBERG, PC
One PPG Place, Suite 1500
Pittsburgh, PA 15222

SO ORDERED, this 26th day of October, 2007.

_____
Gary L. Lancaster, U.S. District Judge